RECEIVED
2011 OCT 28 PM 1:41
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
OAKLAND, CA.

FILED
OCT 26 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1 Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
2 24301 Southland Dr. #200
Hayward, Ca 94540-5004
3 Telephone: (510) 266-5580
Fax:(510) 266-5589

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: YUVONNE JOHNSON

Debtor(s)

Case No: 06-41187 WJL13

Chapter 13

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $12.31 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 06-41187 WJL13 | FIDELITY INFO CORP<br>PO BOX 100<br>PACIFIC PALISADES, CA 90272 | $ 517.57 | $ 12.31 |

Total Unclaimed Dividends $ 12.31

Dated: October 25, 2011

_____
Martha G. Bronitsky, Chapter 13 Trustee